# EXHIBIT 1

Page 1
Sheltered Harbor - Home
https://shelteredharbor.org/

 ABOUT    HOW IT WORKS    FAQ    BLOG    Join



Sheltered Harbor protects public confidence in the U.S. financial system if a catastrophic event like a cyberattack causes an institution's critical systems - including backups - to fail.

## What is Sheltered Harbor?



info@shelteredharbor.org
Phone: +1 347.797.1230

Sheltered Harbor was founded to protect customers, financial institutions, and public confidence in the financial system when a catastrophic event such as a cyberattack causes critical systems — including backups — to fail. Implementing Sheltered Harbor's standards augments an institution's disaster recovery and business continuity plans, with industry-developed crisis and emergency management processes. This enables institutions to proactively plan for and recover from crisis and continue to provide essential services for its customers while it reestablishes normal operations. Sheltered Harbor is a not-for-profit, industry-led "standards setting and certification" organization comprised of financial institutions, core service providers, national trade associations, alliance partners and solution providers dedicated to enhancing financial sector stability and resiliency.

**Read the open letter by trade association CEOs to the industry:** Join Sheltered Harbor

## Testimonials

Participants and Partners speaking about Sheltered Harbor



Moving quickly after a seismic cyber event is paramount to preserving the public's confidence in the banking system, and **Sheltered Harbor is the lifeline for resiliency**. To maintain public confidence, community banks should make Sheltered Harbor certification a priority.

LANCE NOGGLE

## How it Works

The core elements of Sheltered Harbor are data vaulting, resiliency planning, and certification.

### Data Vaulting



Institutions backup critical data on a defined schedule into an untouchable offline archive.

more

### Resilience Planning



Institutions prepare the business processes to be activated in a severe yet plausible (Sheltered Harbor) event.

more

### Certification



Upon successful implementation and testing, participants achieve Sheltered Harbor Certification.

more

## Why Sheltered Harbor?

Sheltered Harbor is the not-for-profit, industry-led effort developed by and for the financial services industry as a critical backup of last resort.



### Expert

Built through a collaboration
of hundreds of the
top subject matter experts
in the financial industry



### Adoption

Participating institutions
hold 72% deposit accounts and
71% brokerage client accounts



### Unique

The industry-recognized standard
for customer data protection
and recovery of access
to funds when critical systems fail



### Ecosystem

Broad industry backing includes
major industry associations,
service providers, advisory and
assurance firms, and regulator support



### Control

At all times, participants maintain
control of their own customer data,
plans and processes



### Efficiency

Millions of dollars and thousands of hours
of the top minds in the industry
have been spent to build this standard
Leverages existing standards and formats
Cost to join is minimal

Join


Captured by FireShot Pro: 01 April 2025, 14:17:34
https://getfireshot.com