# EXHIBIT 11

**Case: 1:25-cv-03843 Document #: 1-11 Filed: 04/09/25 Page 2 of 3 PageID #:368**



|  | :: Widgets :: About :: News :: Contact :: | Search |
|---|---|---|

:· illinois - banks     :· Byline Bank

| April 2 | 2025 | 🏛 **Byline Bank** | |
|---|---|---|
| **Featured** | RSSD ID 129732 | CERTIFICATE 20624 | ABA NUMBER 71001533 | |
| :: Bank Mergers & Acquisitions | 180 N La Salle St | Quarter Ended : **2024-12-31** |
| :: Bank Filing Updates | Chicago, Illinois, 60601 | Updated : **2025-01-30** |
| :: Holding Company Filing Updates | www.bylinebank.com | |

**Institution Profile**

| Year Opened : | **1972** | Institution Type : | **Commercial bank** |
|---|---|---|---|
| Entity Type : | **State** | Federal Regulator : | **FDIC** |
| Member Federal Reserve : | **No** | S-Corp : | **No** |
| Fiduciary Powers : | **Yes** | Powers Exercised : | **Yes** |
| Filing Type : | **041** | | |
| Specialization : | **Commercial Lending Specialization** | | |
| Number of Offices : | **56** | Number of Employees : | **1,029** |

**Top Institutions**
- Holding Companies
- Banks
- Federal Savings Banks
- Credit Unions

**SEC Submissions**
- Banks
- Savings Associations
- Federal Credit Agencies

| Related Company Filings | Regulator |
|---|---|
| 🏛 BYLINE BANCORP, INC. | SEC |
| 🏛 BYLINE BCORP INC | FED |

**Specialized Banks**
:: SCorp Banks
:: Industrial Loan Companies
:: Foreign Banking Organizations
:: Non-Depository Trust Banks
:: Bankers Banks
:: Credit Card Banks
:: Custodial Banks

**Financial Reports**

RC - Balance Sheet Report
RI - Income Statement Report

:· **All Financial Reports ...**

**Financial Fast Facts**

| Balance Sheet (USD, in thousands) | | Income Statement (USD, in thousands, ytd) | |
|---|---:|---|---:|
| Total Assets | 9,477,985 | Total Interest Income | 565,015 |
| Total Liabilities | 8,286,687 | Total NonInterest Income | 59,790 |
| Total Bank Equity Capital | 1,191,298 | Total Interest Expense | 204,813 |
| Total Deposits | 7,495,784 | Total NonInterest Expense | 217,492 |
| Net Loans & Leases | 6,808,834 | Net Income | 130,464 |
| Loan Loss Allowance | 97,988 | Net Charge Offs | 31,984 |

**Bank Map**



| Regulatory Capital | | Quarterly Averages (USD, in thousands) | |
|---|---:|---|---:|
| Total capital | 1,181,699 | Total loans | 6,118,987 |
| Total assets for the leverage ratio | 9,122,476 | Loans secured by real estate: | 3,554,859 |
| Tier 1 Leverage Ratio | 11.92 | Commercial and industrial loans | 2,136,957 |
| Tier 1 Capital Ratio | 12.94 | Loans to individuals - Credit Cards | 0 |
| Total Capital Ratio | 14.07 | Loans to individuals - Other | 3,922 |

**General Interest**
:: COVID-19 PPP National Summary
:: New Formations
:: De Novo Banks
:: Holding Company Filing Updates
:: Bank Filing Updates
:: Institution Failures
:: America's Oldest Banks
:: National Summary of Deposits

**Case: 1:25-cv-03843 Document #: 1-11 Filed: 04/09/25 Page 3 of 3 PageID #:369**

:: External Auditors

**Mergers & Acquisitions**

:: Holding Company Mergers & Acquisitions
:: Bank Mergers & Acquisitions
:: Credit Union Mergers & Acquisitions

**Off Balance Sheet**

:: Holding Company Credit Default Swaps
:: Bank Credit Default Swaps
:: Derivatives
:: Credit Union Derivatives

| HOME  | WIDGETS  | ABOUT  | NEWS  | CONTACT  | WEBSITE POLICIES  | SITE MAP

Copyright © 2025 iBanknet
Source of Data: FDIC, FRB, NCUA, OCC, SEC, U.S. Department of the Treasury