# EXHIBIT 34

**Dell Technologies**

# Zero Trust
# A path to better cybersecurity

Take a Zero Trust journey with an experienced technology and security partner.



Organizations advancing their cybersecurity maturity are building an actionable roadmap that identifies ways to reduce their attack surface, detect and respond to cyber threats, and implement ways to recover from cyber attacks, all with Zero Trust enabling capabilities.

To address increasingly sophisticated cyber threats, Dell utilizes the built-in security capabilities in our solutions and our partners to help our customers achieve Zero Trust that aligns to our customers business objectives.

*Copyright © Dell Inc. or its subsidiaries. All Rights Reserved.*



# What is Zero Trust?

Imagine your network as a castle. Once the bridge is down and someone enters, they can roam freely. It's time to update the perimeter-based defense security model to the more modern, more secure, Zero Trust framework.

Zero Trust is an architectural approach to security versus a product you buy. It never trusts and always verifies legitimate business use before granting anyone or anything access to resources. This means that users and devices are not trusted by default, even if they're connected to a permissioned network and even if they were previously verified.



# Never trust, always verify.

## Fundamentals for a secure IT ecosystem.



The Zero Trust Framework

- User trust
- Data trust
- Network & environment
- Automation & orchestration
- Visibility & analytics
- Application & workload
- Device trust

The Zero Trust framework, as defined by the National Institute of Standards and Technologies (NIST), has been adopted and built into an architecture by the U.S. Department of Defense (DoD).

It includes seven interrelated pillars guiding Dell Technologies across all security domains. When combined, the pillars provide a multifaceted, integrated architecture for a comprehensive security approach that protects your organization's data and infrastructure.

Zero Trust adoption has been challenging due to the complexity of integrating diverse security capabilities and navigating fragmented options among a number of security providers.




U.S. Department of Defense

Copyright © Dell Inc. or its subsidiaries. All Rights Reserved.



# Advance your Zero Trust maturity.

**No matter where you are on your journey, Dell has solutions to help.**

Dell Technologies brings choice and flexibility to your organization. If you're looking to advance your cybersecurity maturity, we can provide security solutions with Zero Trust capabilities to enhance your ability to harden, detect, defend and recover from malicious cyber activity.



## Activate Zero Trust principles.

**Enable choice and flexibility for advancing cybersecurity maturity.**

Dell Technologies offers security solutions and Zero Trust capabilities to enhance your ability to harden, detect, defend and recover from malicious cyber activity. This is how:

- Built in protections that enhance automation, threat intelligence, authentication, visibility and more
- Services to develop a roadmap, integrate key technologies and manage proactively in support of Zero Trust
- Professional, managed, and security advisory services
- Extensive partner ecosystem



## Dramatically simplify Zero Trust adoption.

**Go all-in with a fully integrated architecture.**

Because Zero Trust is an architectural approach to security, it isn't a single product and requires a carefully planned harmony of solutions. Dell is removing the Zero Trust integration burden. Here's how:

- Dell is building the first and only fully integrated Zero Trust Architecture designed, tested and validated by the US Department of Defense



Copyright © Dell Inc. or its subsidiaries. All Rights Reserved.

# Activate Zero Trust principles.

## Achieve Zero Trust in a way that builds on your specific security ecosystem.

Dell helps advance cybersecurity maturity in support of Zero Trust strategies, which help reduce the attack surface, enhance detection and speed recovery from cyber threats.

Within each of the Zero Trust pillars pictured are technologies, processes and people aligned to critical areas where security and business policies are needed to protect your organization. Dell Security Services can help with:

 Security maturity, Zero Trust and risk assessments

 Strategy and roadmap development

 Managed services of key Zero Trust capabilities



Copyright © Dell Inc. or its subsidiaries. All Rights Reserved.

**DELL**Technologies

# Zero Trust foundations.

We provide advanced, embedded security solutions that give you an advantage on your path to Zero Trust.



### Dell Data Protection

Cyber Recovery vault  |  PowerProtect Data Manager  |  CyberSense transparent snapshots  |  Cloud IQ  |  System lockdown  |  Drift detection  |  Secure enterprise key management  |  TLS 1.3  |  IPv6  |  Multi-factor authentication  |  Single sign-on  |  Role based access  |  Cloud IQ



### Dell PowerEdge servers

Software bill of materials  |  Secure component verification  |  Silicon Root of Trust  |  System lockdown | Drift detection  |  Secure enterprise key management  |  TLS 1.3  |  IPv6  |  Multi-factor authentication  |  Single sign-on  |  Role based access  |  Cloud IQ



### Dell storage platforms

Data isolation  |  Data immutability  |  Threat detection  |  Access control authentication  |  Data encryption  |  STIG hardening  |  HW Root of Trust  |  Secure boot  |  Digitally signed firmware  |  Role-based access  |  Secure snapshots



### Dell HCI/CI

Hardware root of trust  |  Secure boot chain of trust  |  Digitally signed updates  |  Key management  |  Secure logging  |  Distributed virtual switches  |  VM isolation  |  Authentication & authorization  |  Ecosystem connectors  |  Continuously validated states  |  Software code integrity  |  Electronic compatibility matrix



### Dell commercial PCs

BIOS/firmware security  |  Hardware security  |  Supply chain assurance  |  Threat management software (EDR, XDR, VDR)  |  Network and cloud data protection software



### Dell edge solutions

HW/SW/VM attestation  |  Secure onboarding  |  Chain of trust  |  Secure OS/application delivery  |  Data rights management



### Dell network switches

SmartFabric  |  Cloud IQ  |  SD-WAN  |  VLAN segmentation  |  Enterprise SONiC  |  Access control lists  |  RADIUS  |  TACACS+  |  Cryptography  |  Switch hardening  |  Micro-segmentation  |  Virtual routing & forwarding

Copyright © Dell Inc. or its subsidiaries. All Rights Reserved.



Case: 1:25-cv-03843 Document #: 1-34 Filed: 04/09/25 Page 8 of 12 PageID #:1542

# Our accelerated approach.

Fast and thorough, Project Fort Zero integrates Zero Trust throughout your organization holistically.

Project Fort Zero offers a validated method for immediate advanced maturity in Zero Trust, cutting adoption time, reducing disruptions and managing costs.

Based on our expertise and reach within the industry, the U.S. Department of Defense asked Dell Technologies to help accelerate the rate of adoption of Zero Trust. To help private and public sector organizations simplify adoption and globally scale the Zero Trust architecture, Dell is building a ecosystem and leading the integration of more than 30 leading technology and security companies. We are leading the development and global scaling of Zero Trust architecture for both private and public organizations worldwide. This is a testament to Dell's commitment to the US DoD objectives to achieve Zero Trust.



### On-premises
In data centers for organizations where data security and compliance are paramount.



### Remote or regional
At locations like retail stores where secure, real-time analysis of customer data can deliver a competitive advantage.



### The detachable edge
In places such as airplanes or vehicles with intermittent connectivity where temporary implementation is needed for operational continuity.



Copyright © Dell Inc. or its subsidiaries. All Rights Reserved.

**DELL**Technologies

# We'll help you accelerate Zero Trust adoption by deploying all 152 activities put forth by the U.S. DoD for an advanced level of Zero Trust.

## Execution enablers

Doctrine | Organization | Training | Material | Leadership & Education | Personnel | Facilities | Policy

## Zero Trust target level

| User trust | Device trust | Application & workload | Data trust | Network & environment | Automation & orchestration | Visibility & analytics |
|---|---|---|---|---|---|---|
| User Inventory | Device Help Tool Gap Analysis | Application/Code Identification | Data Analysis | Define Granular Control Access Rules & Policies Pt. 1 | Policy inventory & Development | Scale Considerations |
| App Based Permission | Integrate NextGen AV Tools with C2C | Resource Authorization Pt. 1 | DLP Enforcement Point Logging and Analysis | Define SDN APIs | Task Automation Analysis | Log Parsing |
| Rule Based Dynamic Access Pt. 1 | NPE/PKI Device Under Management | Build DevSecOps Software Factory Pt. 1 | DRM Enforcement Point Logging and Analysis | Define Granular Control Access Rules & Policies Pt. 2 | Response Automation Analysis | Asset ID & Alert Correlation |
| Organizational MFA/IDP | Deny Device by Default Policy | Approved Binaries/Code | Define Data Tagging Standards | Implement SDN Programmable Infrastructure | Tool Compliance Analysis | Threat Alerting Pt.1 |
| Implement System and Mitigate Privileged Users Pt. 1 | Implement UEDM or equivalent tools | Vulnerability Management Program Pt. 1 | Implement Data Tagging & Classification Tools | Datacenter Macro Segmentation | Organization Access Profile | Implement Analytics Tools |
| Organization Identity Life-Cycle Management | Enterprise Device Management Pt. 1 | SDC Resource Authorization Pt. 1 | File Activity Monitoring Pt. 1 | Implement Micro Segmentation | Implement SOAR Tools | Cyber Threat Intelligence Program Pt. 1 |
| Deny User by Default Policy | Implement EDR Tools & Integrate w/ C2C | Resource Authorization Pt. 2 | Implement DRM and Protection Tools Pt. 1 | Segment Flows into Control Management and Data Planes | Standardized API Calls & Schemas Pt. 1 | Log Analysis |
| Single Authentication | Implement Asset, Vulnerability and Patch Management Tools | Build DevSecOps Software Factory Pt. 2 | Implement Enforcement Points | B/C/P/S Macro Segmentation | Workflow Enrichment Pt. 1 | Threat Alerting Pt. 2 |
| Implement System and Mitigate Privileged Users Pt. 2 | Enterprise IDP Pt. 1 | Automate Application Security & Code Remediation Pt. 1 | Interoperability Standards | Application & Device Micro Segmentation | Enterprise Security Profile Pt. 1 | User/Device Baselines |
| Enterprise Identity Life-Cycle Management Pt. 1 | Implement C2C/ Compliance Based Network Authorization Pt. 1 | Vulnerability Management Program Pt. 2 | Develop SDS Policy | Protect Data In Transit | Enterprise Integration & Workflow Provisioning Pt. 1 | Establish User Baseline Behavior |
| Implement UEBA Tooling | Implement App Control & FIM Tools | Continual Validation | Manual Data Tagging Pt. 1 | | Implement Data Tagging & Classification ML Tools | Baseline & Profiling Pt. 1 |
| Periodic Authentication | Managed and Limited BYOD & IOT Support | SDC Resource Authorization Pt. 2 | File Activity Monitoring Pt. 2 | | Standardized API Calls & Schemas Pt. 2 | Cyber Threat Intelligence Program Pt. 2 |
| Enterprise PKI/IDP Pt. 1 | Enterprise Device Management Pt. 2 | | Implement DRM and Protection Tools Pt. 2 | | Workflow Enrichment Pt. 2 | |
| | Implement XDR Tools & Integrate w/ C2C Pt. 1 | | DLP Enforcement via Data Tags and Analytics Pt. 1 | | | |
| | | | Integrate DAAS Access w/ SDS Policy Pt. 1 | | | |
| | | | DRM Enforcement via Data Tags and Analytics Pt. 1 | | | |
| | | | Integrate SDS Solution(s) & Policy w/ Enterprise IDP Pt. 1 | | | |

**Total target activities: 91**

Source: DoD Zero Trust Strategy Publication, November 07, 2022

Copyright © Dell Inc. or its subsidiaries. All Rights Reserved.



## Advanced Zero Trust

| User trust | Device trust | Application & workload | Data trust | Network & environment | Automation & orchestration | Visibility & analytics |
|---|---|---|---|---|---|---|
| Rule Based Dynamic Access Pt. 2 | Enterprise IDP Pt. 2 | Enrich Attributes for Resource Authorization Pt. 1 | Manual Data Tagging Pt. 2 | Network Asset Discovery & Optimization | Enterprise Security Profile Pt. 2 | Threat Alerting Pt. 3 |
| Enterprise Roles and Permissions Pt. 1 | Implement C2C/Compliance Based Network Authorization Pt. 2 | Enrich Attributes for Resource Authorization Pt. 2 | Database Activity Monitoring | Real-Time Access Decisions | Enterprise Integration & Workflow Provisioning Pt. 2 | Baseline & Profiling Pt. 2 |
| Alternative Flexible MFA Pt. 1 | Entity Activity Monitoring Pt. 1 | Continuous Authorization to Operate (ATO) Pt. 1 | Automated Data Tagging & Support Pt. 1 | Process Micro segmentation | Implement AI Automation Tool | UEBA Baseline Support Pt. 1 |
| Real Time Approvals & JIT/JEA Analytics Pt. 1 | Fully Integrate Device Security Slack w/ C2C | Automate Application Security & Code Remediation Pt. 2 | DRM Enforcement via Data Tags and Analytics Pt. 2 | | Workflow Enrichment Pt. 3 | UEBA Baseline Support Pt. 2 |
| Enterprise Identity Life-Cycle Management Pt. 2 | Enterprise PKI Pt. 1 | REST API Micro-Segments | DLP Enforcement via Data Tags and Analytics Pt. 2 | | AI driven by Analytics decides A&O modifications | AI-enabled Network Access |
| User Activity Monitoring Pt. 1 | Managed and Full BYOD & IOT Support Pt. 1 | Continuous Authorization to Operate (ATO) Pt. 2 | Integrate DAAS Access w/ SDS Policy Pt. 2 | | Implement Playbooks | AI-enabled Dynamic Access Control |
| Continuous Authentication Pt. 1 | Implement XDR Tools & Integrate w/ C2C Pt. 2 | | Integrate SDS Solution(s) & Policy w/ Enterprise IDP Pt. 2 | | Automated Workflows | |
| Continuous Authentication Pt. 2 | Entity Activity Monitoring Pt. 2 | | Integrate SOS Tool and/or Integrate with DRM Tool Pt. 1 | | | |
| Enterprise PKI/IDP Pt. 3 | Enterprise PKI Pt. 2 | | Automated Data Tagging & Support Pt. 2 | | | |
| Enterpriser Roles and Permissions Pt. 2 | Managed and Full BYOD & IOT Support Pt. 2 | | Comprehensive Data Activity Monitoring | | | |
| Alternative Flexible MFA Pt. 2 | | | DRM Enforcement via Data Tags and Analytics Pt. 3 | | | |
| Real Time Approvals & JIT/JEA Analytics Pt. 2 | | | DLP Enforcement via Data Tags and Analytics Pt. 3 | | | |
| Enterprise Identity Life-Cycle Management Pt. 3 | | | Integrate DAAS Access w/ SDS Policy Pt. 3 | | | |
| User Activity Monitoring Pt. 2 | | | Integrate SDS Tool and/or integrate with DRM Tool Pt. 2 | | | |
| Enterprise PKI/IDP Pt. 2 | | | | | | |

Total advanced activities: 61

Dell Technologies can simplify the complexity of achieving Zero Trust maturity quickly.

Source: DoD Zero Trust Strategy Publication, November 07, 2022

Copyright © Dell Inc. or its subsidiaries. All Rights Reserved.



## Meeting the needs of all organizations.

**Advance your Zero Trust maturity.**

Zero Trust is a defined framework and set of principles that guide how security should be approached and it can be implemented using a variety of capabilities. Whether you're all-in on Zero Trust or focused on targeted improvements, aligning to the Zero Trust principles, Dell is an experienced security partner to help you on advancing your security journey.



| | | | |
|---|---|---|---|
| Chemical | Information Technology | Communications | Emergency Services |
| Food & Agriculture | Defense | Healthcare & Public Health | Manufacturing |
| Financial | Nuclear Reactors | Commercial | Government |
| Energy | Transportation | Water & Wastewater | Dams |

Copyright © Dell Inc. or its subsidiaries. All Rights Reserved.

DELL Technologies

# Dell Technologies

An experienced technology and security partner for your organization's Zero Trust journey.

Improve cybersecurity for the long-term by implementing Zero Trust.



## Dell Security Services offers:



Expert assessment of security maturity and overall risk.



Development of a Zero Trust roadmap.



Ongoing management of security activities.

Copyright © 2023 Dell Inc. or its subsidiaries. All Rights Reserved. Dell Technologies, Dell, and other trademarks are trademarks of Dell Inc. or its subsidiaries. Other trademarks may be trademarks of their respective owners.

**DELL**Technologies

Dell.com/SecuritySolutions
Request a callback
Chat with a security advisor
Call 1-800-433-2393